

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
**1132 Bishop Street, Suite 250**
**Honolulu, Hawaii 96813**

| *Debtor:* GLORIA AMANSEC SUMIBCAY | *Case No.:* **09-02817** |
|---|---|
| *Joint Debtor:*<br>*(if any)* | *Chapter:* **13** |

### APPLICATION FOR UNCLAIMED FUNDS

**1. Claim Information**
Application is hereby made for disbursement of the following previously unclaimed funds on deposit with the court for the benefit of the claimant named below.

| | |
|---|---|
| Amount: | $16,759.23 |
| Claimant's Name: | Barclays Capital Real Estate, Inc. |
| Claimant's Address:<br>(at time claim was made) | 745 Seventh Avenue<br>New York, NY 10019<br><br>**\*Provide documentation that Claimant resided or did business at this address.** |
| Claimant's Current<br>Address:<br>(if different from above) | |
| Last 4 digits of Claimant's<br>SSN or Complete EIN | 06-1724459 |

**2. Applicant Information**
The applicant is:

☐ The individual claimant named above. Photo identification is attached.

☑ An individual authorized to act on behalf of the corporation, partnership, limited liability company, or other artificial entity named above. Documentation showing authority to make this application is attached.

☐ The legal representative of the claimant named above. An original, notarized power of attorney is attached, or, if the claimant is deceased, a certified copy of a letter of administration or probated will is attached.

☐ The successor in interest to the claimant named above. Documentation showing entitlement to the funds through amendment, merger, or dissolution is attached.

☑ The payee's taxpayer information (Form W-9) is attached. No payment will be made unless a completed and signed Form W-9 is submitted with the application.

**3. Service on United States Attorney**

The undersigned understands that a copy of this application and supporting documentation must be sent to the United States Attorney at the following address:

Office of the United States Attorney
District of Hawaii
300 Ala Moana Boulevard, Room 6100
Honolulu, HI 96850.

**4. Declaration**

The undersigned declares, under penalty of perjury, that the information contained in this application and any accompanying documentation is true and correct. I also understand that, pursuant to 18 U.S.C. § 152, I may be fined not more than $250,000, or imprisoned not more than 5 years if I have knowingly and fraudulently made any false statements in this document or provided false documentation as part of this application.

July 31, 2014 _____     _____     Alan Kaplan _____
Date                                 Signature of Applicant     Printed Name of Applicant

Phone: 212-412-6916 _____          Address: 745 Seventh Avenue, New York, NY 10019 _____

Email: alan.kaplan@barclays.com     _____

                                    _____

**5. Notarization**

STATE OF _New York_ , COUNTY OF _New York_ _____

This 2-page Application for Unclaimed Funds, dated ____July 30, 2014____ , was subscribed and sworn to

before me this _31st_ day of _July_ , 20_14_ by _____ ,
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)

Notary Public

My commission expires on:

DANE A. COOK
Notary Public, State of New York
No. 01CO6270288
Qualified in New York County
Commission Expires October 15, 2016

This application may be filed with the court at the following address:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, HI 96813.

 **BARCLAYS**

## ASSISTANT SECRETARY'S CERTIFICATE

## BARCLAYS CAPITAL REAL ESTATE INC.

The undersigned, Michael L. Preston, Assistant Secretary of Barclays Capital Real Estate Inc., a Delaware corporation (the "Corporation"), hereby certifies that:

1. I am a duly appointed, qualified and acting Assistant Secretary of Barclays Capital Real Estate Inc., am familiar with the facts herein certified, and am authorized to certify the same;

2. Alan B. Kaplan is the duly appointed Secretary of the Corporation as of this date and authorized to sign documents on behalf of the Corporation; and

3. The principal address of the Corporation is 745 Seventh Avenue, New York, NY 10019.

IN WITNESS WHEREOF, I have signed this certificate this 31st day of July, 2014.

Michael L. Preston
Assistant Secretary

ACKNOWLEDGMENT

STATE OF NEW YORK          )
                           ) SS.:
COUNTY OF NEW YORK         )

On this 31st day of July, 2014, before me came Michael L. Preston, to me known, who being by me duly sworn, did depose and say that he is Assistant Secretary of Barclays Capital Real Estate Inc., which executed the foregoing instrument; and that he signed his name thereto with the authority of the Board of Directors of said corporation.

Notary Public

**BRYAN ALTER**
Notary Public, State of New York
No. 02AL6070186
Qualified in New York County
Commission Expires August 25, 2014

1

1120780Sv1

| Trustee Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Howard M. S. Hu<br>Chapter 13 Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM | FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br><br>2012 SEP 25 P 2: 48<br><br>MICHAEL B. DOWLING<br>CLERK OF COURT |

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.: **09-02817** |
|---|---|
| In re:<br><br>**GLORA AMANSEC SUMIBCAY** | Chapter: 13 |

Debtor(s).

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:<br>This payment represents funds remaining unpaid on the claims(s) listed below. | **$ 16,759.23** |
|---|---|

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| **004** | BARCLAYS CAPITAL REAL ESTATE, INC.<br>P. O. BOX 16101<br>SACRAMENTO, CA 95816 | **$ 41,836.76** | **$ 16,759.23** |
| | | $ | $ |
| | | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: September 25, 2012

/s/ _____
Trustee

hib_3011     5/05

B6D (Official Form 6D) (12/07)

In re <u>Gloria Amansec Sumibcay</u> ■,    Case No. <u>09-02817</u>
            Debtor                                       (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5934 <br><br> Wachovia Bank, N.A. <br> c/o HomEq Servicing <br> P.O. Box 13716 <br> Sacramento, CA 95853 | ✔ | | 7/2007 <br> Mortgage lien on Debtor's primary residence. <br><br> VALUE $ 750,000.00 | ☐ | ☐ | ☐ | $684,000.00 | $0.00 |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | ☐ | ☐ | ☐ | | |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | ☐ | ☐ | ☐ | | |

0   continuation sheets attached

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

$ 684,000.00

$ 684,000.00
(Report also on Summary of Schedules.)

$ 0.00

$ 0.00
(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF HAWAII | PROOF OF CLAIM |
|---|---|

| Name of Debtor: GLORIA AMANSEC SUMIBCAY; | Case Number: 09-02817 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property): WACHOVIA BANK, N.A. | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent: Rosicki, Rosicki & Associates P.C. 51 East Bethpage Road, Plainview, NY 11803 | **Court Claim Number:** *(If known)* Filed on: |
| Name and address where payment should be sent (if different from above): Barclays Capital Real Estate Inc. P.O. Box 160101 Sacramento, CA 95816 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. ☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:** $675,795.71 <br> If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. <br> If all or part of your claim is entitled to priority, complete item 5. <br> ☒ Check this box if claim includes interest or other charges in addition to the principle amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.** <br> Specify the priority of the claim: <br> ☐ Domestic support obligations under 11 U.S.C § 507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** _Mortgage/Note_ <br> (See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days |
| **3. Last four digits of any number by which creditor identifies debtor:** XXXXXX5934 <br> **3a. Debtor may have scheduled account as:** _____ <br> (see instruction #3a on reverse side.) | before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C § 507(a)(4) |
| **4. Secured Claim (see instruction #4 on reverse side.)** <br> Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. <br> Nature of property or right of setoff: ☒ Real Estate ☐ Motor Vehicle ☐ Other <br> Describe: <br> Value of Property: $_____ Annual Interest Rate ___% <br> Amount of arrearage and other charges as of time case filed included in secured claim, if any: $41,836.76 <br> Basis for perfection: _____ <br> Amount of Secured Claim: $675,795.71 <br> Amount Unsecured: $ _____ | ☐ Contributions to an employee benefit plan - 11 U.S.C § 507(a)(5). <br> ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property Or services for personal, family, or household use - 11 U.S.C § 507(a)(7). <br> ☐ Taxes or penalties owed to governmental units - 11 U.S.C § 507(a)(8). <br> ☐ Other - Specify applicable paragraph of 11 U.S.C § 507(a)(___). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim | **Amount entitled to priority:** $_____ |
| **7. Supporting Documents:** Exhibits (e.g., leases, promissory notes, mortgages, titles) may be filed electronically subject to the restrictions listed in General Order 08-4. A Summary of Exhibits may be filed electronically in lieu of filing the actual exhibits pursuant to general Order 08-4. If a Summary of Exhibits is filed, the proof of claim and Summary of Exhibits shall be filed together electronically as a single document. A copy of the claim and exhibits, (documentation of your lien), in paper format that complies with the redaction policy as described on the back of this form, must still be provided to debtor's attorney and trustee. Exhibits must be tendered to the Court at least five days prior to the Court hearing to which they pertain. Any Exhibit that is filed with the Court shall comply with the privacy protection requirements set forth in Bankruptcy Rule 9037 | *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| | FOR COURT USE ONLY |
|---|---|
| Date:12/28/2009 <br> Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. <br> _Charles Hubbard_ <br> Barclays Capital Real Estate Inc. dba HomEq Servicing as servicing agent for WACHOVIA BANK, N.A. <br> **Assistant Vice President** | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571